JOSHUA D. KIENITZ, Bar No. 244903
jkienitz@littler.com
PERRY K. MISKA, Bar No. 299129
pmiska@littler.com
TOM LIN, Bar No. 319911
tolin@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
ARDENT COMPANIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR OROZCO, an individual, for himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDENT COMPANIES, INC., a Louisiana corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:18-CV-02763-GW (SSx)<br><br>**DEFENDANT ARDENT COMPANIES, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 31)**<br><br>COMPLAINT FILED: February 23, 2018<br><br>FIRST AMENDED COMPLAINT FILED: January 25, 2019 |

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL

CASE NO. 2:18-CV-02763-GW (SSx)

Defendant Ardent Companies, Inc. ("Ardent") does not oppose Plaintiff Edgar Orozco's ("Plaintiff") Motion for Preliminary Approval of Class Action Settlement (Dkt. 31) to the extent that it is consistent with the Stipulation of Class Action Settlement and Release reached between Defendant and Plaintiff. Further, Ardent supports Plaintiff's request that the Court enter a preliminary approval order in the form of Dkt. 31-7.

Dated: April 1, 2019

/s/ *Perry K. Miska*
JOSHUA D. KIENITZ
PERRY K. MISKA
TOM LIN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
ARDENT COMPANIES, INC.

LITTLER MENDELSON, P.C.
333 BUSH STREET
34TH FLOOR
SAN FRANCISCO, CA 94104
415.433.1940

DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL

1.

CASE NO. 2:18-CV-02763-GW (SSx)