JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR OROZCO, an individual, for himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARDENT COMPANIES, INC., a Louisiana corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. CV 18-2763-GW-SSx<br><br>*Assigned to George H. Wu*<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

## **JUDGMENT**

Pursuant to the Order dated February 3, 2020 [Dkt. No. 77] adopting its tentative ruling as its final ruling and thereby granting Plaintiffs' Motion for Final Approval of Class Action Settlement, Attorneys' Fees, and Service Award, which is hereby incorporated by reference, IT IS ADJUDGED that the parties shall comply with the terms of the Settlement as approved and that this action is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

DATED: February 7, 2020

*/s/ George H. Wu*
HON. GEORGE H. WU,
United States District Judge